# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CALDERON BELTRAN, | 1:12-CV-00521 GSA HC |
| Petitioner, | |
| v. | ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION |
| CONNIE GIPSON, Warden, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Upon a close examination of the petition submitted to the Court, the Court has discovered that the petition does not contain an original signature. Local Rule 131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a document stating that he submitted the instant petition to the Court and

1  sign it under penalty of perjury.   The document should contain an original signature.  Petitioner is
2  GRANTED twenty (20) days from the date of service of this order to comply with the Court's
3  directive.
4      Petitioner is forewarned that failure to comply with a Court order will result in dismissal of
5  the petition pursuant to Local Rule 110.

7      IT IS SO ORDERED.
8      **Dated:**   **April 16, 2012**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE