1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12

13    LUIS CALDERON BELTRAN,                    1:12-CV-00521 GSA HC

                        Petitioner,
14                                              ORDER REQUIRING PETITIONER TO
        v.                                      SUBMIT SIGNED DECLARATION
15

16    CONNIE GIPSON, Warden, et al.,

17                        Respondents.
     _____/

18

19        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

20    pursuant to 28 U.S.C. § 2254.  He has consented to the jurisdiction of the Magistrate Judge pursuant

      to 28 U.S.C. § 636(c).
21

22        Upon a close examination of the petition submitted to the Court, the Court has discovered

23    that the petition does not contain an original signature.  Local Rule 131 requires a document

      submitted to the Court for filing to include an original signature.  In addition, Rule 2 of the Rules
24
      Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under
25
      penalty of perjury by the petitioner."
26

27        In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner

28    is ORDERED to submit a document stating that he submitted the instant petition to the Court and

sign it under penalty of perjury.   The document should contain an original signature.  Petitioner is GRANTED twenty (20) days from the date of service of this order to comply with the Court's directive.

Petitioner is forewarned that failure to comply with a Court order will result in dismissal of the petition pursuant to Local Rule 110.


IT IS SO ORDERED.

**Dated:**   **April 16, 2012**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE